## THE SIBONEY.

(Circuit Court of Appeals, Second Circuit.   March 20, 1922.)

No. 192.

Appeal from the District Court of the United States for the Eastern District of New York.

Libel by the Crew Transportation Corporation against the steamship Siboney, of which the New York & Cuba Mail Steamship Company was claimant. From a decree dismissing the libel (280 Fed. 877), libelant appeals.   Affirmed.

Foley & Martin, of New York City (William J. Martin and George V. A. McCloskey, both of New York City, of counsel), for appellant.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark and George A. Morse, both of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM.   Decree affirmed.